## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| Jeffrey Forbes and Kimberly Michaud, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>    v.<br><br>Macy's, Inc.,<br><br>                              Defendant. | Civil Action No.: 1:25-cv-11009-GAO<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Jeffrey Forbes and Kimberly Michaud ("Plaintiffs"), by and through their attorneys, makes the following allegations pursuant to the investigation of their counsel and based upon information and belief, except as to allegations specifically pertaining to themselves and their counsel, which are based on personal knowledge, against Defendant Macy's, Inc. ("Defendant" or "Macy's").

## <u>NATURE OF THE ACTION</u>

1.      Mass. Gen. Laws ch. 149, § 19B(2)(b) requires all applications for employment within the Commonwealth to contain a notice of job applicants' and employees' rights concerning lie detector tests.

2.      Despite this abundantly clear mandate, Defendant does not provide such written notice of rights in its Massachusetts job applications.

3.      Under Mass. Gen. Laws ch. 149, § 19B(4), persons aggrieved by a violation of Mass. Gen. Laws ch. 149, § 19B(2) have a private right of action for such violations, for injunctive relief and damages, including minimum statutory damages of $500 per violation.

4.      Mass. Gen. Laws ch. 149, § 19B(4) also expressly authorizes class actions, providing that a civil action may be brought by a person "in his own name and on his own

behalf, or for himself and, for other [sic] similarly situated."

5.      Thus, pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiffs bring this action, on behalf of themselves and those similarly situated, to redress Defendant's violations of Mass. Gen. Laws ch. 149, § 19B(2)(b).

## PARTIES

6.      Plaintiff Jeffrey Forbes is a citizen of Massachusetts who resides in Peabody, Massachusetts.  In or around April 2024, while located in Massachusetts, Plaintiff Forbes applied to work as an At Your Service Center Associate at Defendant's store in Saugus, Massachusetts (listed as REQ_435229).  In or around April 2024, while located in Massachusetts, Plaintiff Forbes also applied to work as an Asset Protection Security Guard at Defendant's store in Burlington, Massachusetts (listed as REQ_426460).  However, in his Macy's Massachusetts-based job applications, Plaintiff Forbes was not provided the notice of his rights concerning lie detector tests that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).

7.      Plaintiff Kimberly Michaud is a citizen of Massachusetts who resides in Lowell, Massachusetts.  In or around October 2023, while located in Massachusetts, Plaintiff Michaud applied to work as a Seasonal Retail Sales Associate at Defendant's store in Burlington, Massachusetts.  However, in her Macy's Massachusetts-based job application, Plaintiff Michaud was not provided the notice of her rights concerning lie detector tests that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).

8.      Defendant Macy's Inc. is a Delaware corporation with its principal place of business at 151 West 34th Street New York, New York 10001.  Defendant operates throughout and employs a significant number of residents in Massachusetts.  Defendant targets its job applications at prospective employees whom it knows to reside in Massachusetts.

## JURISDICTION AND VENUE

9.      Jurisdiction is proper in this Court pursuant to the Class Action Fairness Act

("CAFA"), 28 U.S.C. § 1332(d)(2) because this is a class action in which at least one member of

the class is a citizen of a state different from any Defendant, the amount in controversy exceeds

$5 million, exclusive of interest and costs, and the proposed classes contain more than 100

members.

10.     This court has personal jurisdiction over Defendant because a substantial portion

of the events giving rise to this cause of action occurred here.  Plaintiffs are domiciled and

suffered their primary injury in this district.

11.     Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial

part of the events or omissions giving rise to the claims asserted herein occurred in this District.

## FACTUAL ALLEGATIONS

### A.    Defendant Violated the Massachusetts Lie Detector Statute

12.     On December 16, 1985,[1] Massachusetts enacted 1985 Mass. Acts Chapter 587,[2]

introduced as HB 6908[3] and codified at Mass. Gen. Laws ch. 149, § 19B.

13.     Mass. Gen. Laws ch. 149, § 19B(2)(b) provides:

> All applications for employment within the commonwealth shall contain
> the following notice which shall be in clearly legible print:
>
> "It is unlawful in Massachusetts to require or administer a lie detector test
> as a condition of employment or continued employment. An employer
> who violates this law shall be subject to criminal penalties and civil
> liability."

---

[1] *See, e.g.*, 1985 Journal of the House of Representatives of the Commonwealth of Massachusetts
(https://archives.lib.state.ma.us/handle/2452/796446); 1985 Bill History at p. 3388
(https://archives.lib.state.ma.us/bitstream/handle/2452/796446/1985-House-03-
BillHistory.pdf?sequence=15&isAllowed=y).

[2] https://archives.lib.state.ma.us/handle/2452/40042.

[3] http://archives.lib.state.ma.us/handle/2452/602897.

14.     In plain violation of the law, Defendant does not provide such written notice of rights in its applications for Macy's Massachusetts-based jobs.

15.      Indeed, searches for the terms "lie detector" and/or "condition of employment" on Defendant's websites listing job openings, information, and applications – macysinc.com/work-with-us/careers/ and ebwh.fa.us2.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX_1001/ – yield no results.

16.     Plaintiffs' counsel surveyed numerous job applications that Defendant has made publicly available via the *supra* websites.  **None** of Defendant's job applications viewed by Plaintiffs' counsel complied with Mass. Gen. Laws ch. 149, § 19B(2)(b).  *See* Ex. 1-2.[4]

17.     Plaintiffs and Class members were aggrieved because they were bona-fide applicants for jobs with Defendant, and Defendant deprived them of their statutorily guaranteed right to the notice provided for by Mass. Gen. Laws ch. 149, § 19B(2)(b).

B.    **The Statute Provides For A Private Right When A Defendant Fails To Give The Required Notice**

18.     The "Statute authorizes suit by '[a]ny person aggrieved by a violation of subsection (2),' **which includes the notice requirement**."  *Baker v. CVS Health Corporation*, 717 F.Supp.3d 188, 193 (D. Mass., 2024) (citing Mass. Gen. Laws ch. 149, § 19B(4); Mass. Gen. Laws ch. 149, § 19B(2)(b)) (emphasis added).

19.     This is confirmed by, *inter alia*, the Massachusetts Acts and Resolves – which "are chronological compilations of laws passed by the Massachusetts General Court within a particular legislative session[] . . . [and] provide the exact text of the law passed by the

---

[4] Ex. 1 pertains to job ID 72243 (available at ebwh.fa.us2.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX_1001/requisitions/preview/72243).  Ex. 2 pertains to REQ_552041 (available at ebwh.fa.us2.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX_1001/requisitions/preview/REQ_552041).

legislature[.]"[5]  Specifically, 1985 Mass. Acts Chapter 587[6] (Mass. Gen. Laws ch. 149, § 19B's

implementing Act) – which  was signed by the Governor on December 16, 1985[7] – makes it

crystal clear that paragraph (b)'s notice requirement is part of subsection (2), reading: "Paragraph

(b) of subsection two of section nineteen B of chapter one hundred and forty-nine of the General

Laws, as appearing in section one of this act, shall take effect on September thirtieth, nineteen

hundred and eighty-six."[8]

    20.    The Massachusetts General Court's "Legislative Research and Drafting Manual"[9]

(the "Manual") provides even further clarification.  The Manual states, "[a]ll laws are organized

by chapters and then sections of those chapters. The sections may be further broken down by

subsections, clauses, paragraphs, subparagraphs, divisions, subdivisions and, ultimately,

sentences and words."[10]  The Manual includes an illustration of this:[11]

> Section 1
>   (a)- followed by (b),(c), etc.- normally referred to as subsections
>     (1)- followed by (2),(3), etc.- normally referred to as paragraphs
>       (i)- followed by (ii),(iii), etc.- normally referred to as clauses
>         (A)- followed by (B),(C), etc.- normally referred to as subclauses

    21.    As shown, per the Manual, Massachusetts statutory drafters "[d]esignate each

subsection, paragraph, subparagraph or clause by a letter **or** number[;]"[12] a number/letter-

alternating "pattern [is] used in the General Laws[.]"[13]   In the Statute, the General Court

---

[5] https://www.mass.gov/guides/guide-to-compiling-a-massachusetts-legislative-history.

[6] https://archives.lib.state.ma.us/bitstream/handle/2452/40042/1985acts0587.pdf?sequence=4&isAllowed=y.

[7] *See* 1985 Bill History at p. 3388 (https://archives.lib.state.ma.us/bitstream/handle/2452/796446/1985-House-03-BillHistory.pdf?sequence=15&isAllowed=y).

[8] https://archives.lib.state.ma.us/bitstream/handle/2452/40042/1985acts0587.pdf?sequence=4&isAllowed=y.

[9] https://archives.lib.state.ma.us/bitstream/handle/2452/47796/ocn549554381.pdf.

[10] *Id.* at 4.

[11] *Id.* at 5.

[12] *Id.*

[13] *Id.*

established a "numbered" subsection – subsection (2).  Then, it proceeded to the next step in the

pattern, establishing a "lettered" paragraph – paragraph (b).  So Mass. Gen. Laws ch. 149, §

19B(2)(b) is ordered as: Chapter: 149; Section: 19B; Subsection: (2); Paragraph: (b).

22.    Thus, § 19B(4)'s "any person aggrieved by a violation of subsection (2)"

language clearly describes a person in Plaintiffs' position: a job applicant who has suffered the

infringement of their legal right to the notice required under Mass. Gen. Laws ch. 149, §

19B(2)(b).

23.    The Statute's history further underscores this intent.  The Statute has been

amended three times:

- 1959 Mass. Acts Chapter 255, reading:[14]
    - No employer shall require or subject any employee to any lie detector tests as a condition of employment or continued employment. Any person violating this section shall be punished by a fine of not more than two hundred dollars.
- 1963 Mass. Acts Chapter 797, reading:[15]
    - Any employer who subjects any person employed by him, or any person applying for employment, to a lie detector test, or causes, directly or indirectly, any such employee or applicant to take a lie detector test, shall be punished by a fine of not more than two hundred dollars. This section shall not apply to lie detector tests administered by law enforcement agencies in the performance of their official duties.
- 1973 Mass. Acts Chapter 620, reading:[16]
    - Any employer who subjects any person employed by him, or any person applying for employment, including any person applying for employment as a police officer, to a lie detector test, or requests, directly or indirectly, any such employee or applicant to take a lie detector test, shall be punished by a fine of not more than two hundred dollars. This section shall not apply to lie detector tests administered by law enforcement agencies as may be otherwise permitted in criminal investigations.
- 1985 Mass. Acts Chapter 587 – the present-day Statute.[17]

24.    The fact that the Massachusetts General Court deliberately added Mass. Gen.

---

[14] https://archives.lib.state.ma.us/server/api/core/bitstreams/61dec0d4-05d0-4fcd-92f9-4a84258e290b/content.

[15] https://archives.lib.state.ma.us/server/api/core/bitstreams/9bdddc1d-e3b3-43c3-8f00-50cf252e4902/content.

[16] https://archives.lib.state.ma.us/server/api/core/bitstreams/0604de11-8941-483f-8237-87e41a0f824c/content.

[17] https://archives.lib.state.ma.us/server/api/core/bitstreams/81762855-7e75-4208-8860-9a17aca5e612/content.

Laws ch. 149, § 19B(2)(b)'s requirement – that "[a]ll applications for employment within the commonwealth [] contain the [specified] notice … in clearly legible print[]" – to a 26-year-old law is proof that § 19B(2)(b) addresses an area of substantial concern to the Legislature. The very addition of § 19B(2)(b) to the Statue evinces its importance.

## CLASS REPRESENTATION ALLEGATIONS

25.    Plaintiffs seek to represent a class defined as

> All persons who applied for a Massachusetts-based position of employment with Defendant (the "Class").

26.    Members of the Class are so numerous that their individual joinder herein is impracticable. On information and belief, members of the Class number in the thousands. The precise number of Class members and their identities are unknown to Plaintiffs at this time but may be determined through discovery. Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of Defendant.

27.    Common questions of law and fact exist as to all Class members and predominate over questions affecting only individual Class members. Common legal and factual questions include, but are not limited to, whether Defendant's conduct as alleged herein violates Massachusetts law, including the provisions of Mass. Gen. Laws ch. 149, § 19B(2)(b); whether Plaintiffs and Class members are entitled to damages and if so, in what amount; and whether Plaintiffs and the other members of the Class are entitled to equitable relief, including but not limited to injunctive or declaratory relief.

28.    The claims of the named Plaintiffs are typical of the claims of the Class in that the named Plaintiffs applied for Massachusetts-based employment with Defendant. In their applications for employment with Defendant, Plaintiffs – like the rest of the Class – were not furnished the notice of rights that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).

29.     Plaintiffs are adequate representatives of the Class because their interests do not conflict with the interests of the Class members they seek to represent, they have retained competent counsel experienced in prosecuting class actions, and they intend to prosecute this action vigorously.  The interests of Class members will be fairly and adequately protected by Plaintiffs and their counsel.

30.     The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Class members.  Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendant's liability.  Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case.  Individualized litigation also presents a potential for inconsistent or contradictory judgments.  In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability.  Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.

## COUNT I
### Declaratory and Injunctive Relief

31.     Plaintiffs incorporate by reference and re-allege each and every allegation set forth above as though fully set forth herein.

32.     Absent injunctive relief, Defendant may continue to violate the law and infringe upon the rights of Massachusetts job applicants.

33.     Plaintiffs ask this court to declare Defendant's conduct unlawful and enjoin Defendant from using and disseminating job application materials that do not comply with Mass. Gen. Laws ch. 149, § 19B(2)(b).

## COUNT II
### Violation of M.G.L.A. 149, § 19B(2)(b)

34.    Plaintiffs incorporate by reference and re-allege each and every allegation set forth above as though fully set forth herein.

35.    Massachusetts law explicitly requires that companies soliciting applications for employment include the following language on all Massachusetts job applications: "It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability."  Mass. Gen. Laws ch. 149, § 19B(2)(b).

36.    Defendant does not include this statutorily-required language in its Massachusetts job applications, including the job applications filled out by Plaintiffs and Class members.

37.    Pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiffs and Class members seek statutory damages of not less than five hundred dollars per violation and reasonable attorney's fees and costs as a result of Defendant's violations of Mass. Gen. Laws ch. 149, 19B(2)(b).

## RELIEF DEMANDED

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, seek judgment against Defendant, as follows:

    a.    For an order certifying the Class, naming Plaintiffs as representatives of the Class, and naming Plaintiffs' attorneys as Class Counsel to represent the Class;

    b.    For an order declaring that Defendant's conduct violates the statute referenced herein;

    c.    For an order finding in favor of Plaintiffs and the Class, on all counts asserted herein;

    d.    For compensatory, statutory, and punitive damages in amounts to be determined by the Court and/or jury;

e.     For prejudgment interest on all amounts awarded;

f.     For an order of restitution and all other forms of equitable monetary relief;

g.     For an order enjoining Defendant from continuing the illegal practices detailed herein and compelling Defendant to undertake a corrective advertising campaign; and

h.     For an order awarding Plaintiffs and the Class their reasonable attorneys' fees and expenses and costs of suit.

## JURY TRIAL DEMANDED

Plaintiffs demand a trial by jury on all claims so triable.

Dated: July 2, 2025                    Respectfully submitted,

**BIRNBAUM & GODKIN, LLP**

By: */s/ David S. Godkin*
          David S. Godkin

David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
1 Marina Park Drive, Suite 1410
Boston, MA 02210
Telephone: (617) 307-6100
Email:  godkin@birnbaumgodkin.com
          kruzer@birnbaumgodkin.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese**
Matthew A. Girardi*
Julian C. Diamond*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com
          mgirardi@bursor.com
          jdiamond@bursor.com

*Attorneys for Plaintiffs*

*\*Pro Hac Vice*
*\*\*Pro Hac Vice application forthcoming*

# EXHIBIT 1



# Retail Commission Sales Associate, Boston - Full Time

Boston, MA, United States

Full time Schedule

$15.00  -  $19.75  Hourly Rate*

Eligible for Sales Commission

* based on job, location, and schedule

---

## JOB DESCRIPTION

**Be part of an amazing story.**

Macy's is more than just a store. We're a story. One that's captured the hearts and minds of America for more than 160 years. A story about innovations and traditions... about inspiring stores and irresistible products...about the excitement of the Macy's 4th of July Fireworks, and the wonder of the Thanksgiving Day Parade. We've been part of memorable moments and milestones for countless customers and colleagues. Those stories are part of what makes this such a special place to work.

**Job Summary**

As a Selling Colleague, you will be an integral part of bringing the magic of Macy's to life. Selling Colleagues provide outstanding customer service, meet hourly sales and Loyalty goals on a personal and departmental basis, and demonstrate superior product knowledge to customers. Selling Colleagues

create a shopping experience that will make the customer feel welcome and comfortable including the upkeep of merchandise within the store and maintaining the stockroom.

The Selling Colleague is also responsible for fulfillment and performing other duties as necessary.

Macy's uses a scheduling plan that allows our colleagues to participate in the creation of their work schedules by managing availability and identifying preferences. Additionally, during key events and peak selling times, Macy's may offer additional shifts to our colleagues, which they may pick up using the

self-scheduling tool.

**What we can offer you**

Join a team where work is as rewarding as it is fun! We offer a dynamic, inclusive environment with competitive pay and benefits. Enjoy comprehensive health and wellness coverage and a 401(k) match to invest in your future. Prioritize your well-being with paid time off and eight paid holidays. Grow your career with continuous learning and leadership development. Plus, build community by joining one of our Colleague Resource Groups and make a difference through our volunteer opportunities.

*Some additional benefits we offer include:*

- Merchandise discounts
- Performance-based incentives
- Annual merit review
- Employee Assistance Program with mental health counseling and legal/financial advice

Access the full menu of benefits offerings here.

**<u>What you will do</u>**

- Provide an exceptional customer experience by ensuring the customer is always the priority
- Assist customers in all aspects of total store fulfillment and have the ability to satisfy the needs of our digital and physical customers by making appropriate partnerships when necessary
- Determine customer needs based on personal features and other customer preference related factors; suggest additional merchandise to compliment customer selection
- Demonstrate knowledge of store products and services to build sales and minimize returns, including Macy's Loyalty Programs
- Be proficient in POS systems including but not limited to Search and Send and My Client
- Proactively assist customers who are using devices to shop and compare, whether Macy's devices or their own
- Develop new business and expand client base through networking, suggestive selling and on the floor presence
- Maintain department recovery standards; including fitting room go backs to standard, if applicable
- Retrieve additional merchandise for customers as requested
- Assist the Support Colleague Team in the movement of fixtures and merchandise for new product, season changes, and clearance sets
- Assist in inventory and markdown process
- Adhere to Asset Protection and inventory control and compliance procedures
- Follows shortage programs and procedures

- Perform these and other functions in an efficient manner, as directed by the
  Supervisor
- Regular, dependable attendance and punctuality
- Foster an environment of acceptance and respect that strengthens relationships, and ensures authentic connections with colleagues, customers, and communities

## Skills You Will Need

- **Product Knowledge:** Good understanding of the products you are selling and be able to give expert guidance to customers based on their wants, features, and choices.
- **Communication:** Comfortable communicating with customers virtually, via phone, and in person.
- **Sales:** Ability to build relationships with customers, achieve sales goals, and participate in pre-selling and sales-boosting events.
- **Technology:** Utilize point of sale technology and applications to help in selling and fulfilling customer orders.
- **Continuous Learning:** Self-driven to keep up with product knowledge and trends and stay current with all training through Macy's educational resources.
- **Interpersonal Skills:** Excellent interpersonal skills, with the ability to work effectively with colleagues at all levels and across departments.
- **Collaboration:** Partnership with the total team to drive sales and deliver the customer experience.

## Who you are

- Strong interpersonal skills with proven ability to communicate and share information with diverse groups of customers and peers
- Resourceful and able to adapt quickly to changing priorities
- Resourceful self-starter, works well independently as well as part of a team, and able to adapt quickly to changing priorities
- Ability to work a flexible schedule with retail hours, including day, evening, weekends, and/or holidays
- Must be able to (1) understand and communicate effectively with customers, co-workers, and supervisors, and (2) read and understand employment policies and safety rules/procedures in English
- No Education or Experience Required

## Essential Physical Requirements

- Position requires prolonged periods of standing/walking around store or department
- May involve reaching, crouching, kneeling, stooping and color vision
- Frequent use of computers and other technology, necessary to perform job functions, including handheld equipment, cash register and ability to process register transactions
- Frequently lift/move up to 25lbs

**About Us**

This is a great time to join Macy's! Whether you're helping a customer find the perfect gift, streamlining operations in one of our distribution centers, enhancing our online shopping experience, buying in-style and on-trend merchandise to outfit our customers, or designing a balloon for the Thanksgiving Day Parade, we offer unique opportunities to be part of some of the most memorable moments in people's lives.

***Join us and help write the next chapter in our story - Apply Today!***

This job description is not all-inclusive and may not apply to colleagues covered by a collective bargaining agreement. Macy's Inc. reserves the right to amend this job description at any time. Macy's Inc. is an Equal Opportunity Employer, committed to a diverse and inclusive work environment.

STORES00

This position may be eligible for performance-based incentives/bonuses. Benefits include 401k, medical/vision/dental/life/disability insurance options, PTO accruals, Holidays, and more. Eligibility requirements may apply based on location, job level, classification, and length of employment. Click here to see details on benefits.

APPLY NOW

JOB INFO

| | |
|---|---|
| Job Identification | 72243 |
| Job Category | Stores |
| Posting Date | 03/05/2025, 10:41 AM |
| Locations | 📍 450 Washington Street, Boston, MA, 02111, US |



450 Washington Street, Boston, MA, 02111, US
Copy to Clipboard

Boston, MA, United States  •  Posted on 03/03/2025

### Retail Sales Associate, Boston - Downtown - Full Time


Boston, MA, United States  •  Posted on 03/03/2025

### Retail Fragrances Sales Associate, Boston - Part Time

Boston, MA, United States  •  Posted on 03/04/2025

### Retail Cosmetics Sales Associate - Benefit, Boston - Downtown - Full Time

Boston, MA, United States  •  Posted on 03/03/2025

SEE MORE JOBS

⌂   |   Retail Commission Sales Associate, Boston - Full Time

# Enter your email to get started

It's easy to access an existing profile using the same email address you have used to start or submit an application in the past.

If this is your first time applying, create a profile using your email. Please use the email address that you wish to use for all your future Macy's, Inc. communications.

Your profile will be updated automatically as you enter details for each of your job applications.

Email Address *

By continuing, you agree to the macysJOBS.com Privacy Practices and Legal Notice . *

◀ CANCEL                                              NEXT ▶

**IMPORT YOUR PROFILE**

You can import your information.



**CONTACT INFORMATION**

Required fields are indicated by the * symbol.

Legal First Name *

Legal Middle Name

Legal Last Name *

Email Address

██████████████████                                          ✏

Phone Number *

Country code

+1 (United States)

## ADDRESS

Please enter your home address.

United States ▾

State *

County *

City *

ZIP Code *

Full Street Address (ex: 123 Main Street) *

Apt# / Unit# / Floor# etc. (ex: Apt 27)

## APPLICATION QUESTIONS

Please answer the following questions.

Please indicate your age below: *

Are you legally authorized to work in the United States? *

In this role you will be expected to work throughout the week and you will also be required to work weekends including Friday evenings, Saturdays and Sundays. Our stores are typically open 9am – 10pm and our work schedules vary and include working early mornings prior to the store opening, evenings, holidays, and extended hours during our peak season. Select the schedule options indicating when you would be available to work.

Please note – we will make a hiring decision on what you indicate below, please make sure your selections reflect the time you consistently can commit to working: *

Think of a time when you were a customer and you received great customer service. What made it stand out? *

If hired, what is the date you would be able to begin working? *

How would you close out a sale and celebrate the customer's purchase with them? *

Please describe a time when you delivered excellent customer service. What actions did you take, and what was the outcome? This could be an experience you provided in a retail, restaurant, hotel, or similar setting. *

If you were hired at Macy's, how would you approach a shopper in order to sell a product? *

A recorded interview may be required for this position. A separate email will be sent with instructions to complete this step if it is required for this position. A Talent Acquisition Specialist will review the recorded interview; recorded interviews are not evaluated by AI. You may contact us at macysJOBS@macys.com to request a reasonable accommodation to enable an individual with a disability to have an equal opportunity in the application process. *

☐ I have read and understand the statement above

Our colleagues are expected to use computer systems, websites, mobile applications, and other technologies to assist our customers. What is your experience with these technologies? *

| ▼ |
|---|

Have you ever worked for Macy's, Inc. or a subsidiary of Macy's, Inc. including Bloomingdale's, May Company, Bluemercury, etc.? *

| ▼ |
|---|

How much customer service experience do you have? *

| ▼ |
|---|

What would you do if you witnessed someone doing something that bent or broke the rules? *

| ▼ |
|---|

**WORK AND EDUCATION HISTORY**

Please enter details about your work experience and education.

| ADD EXPERIENCE | ADD EDUCATION |
|---|---|

2026

2025

2024

2023

2022

## SUPPORTING DOCUMENTS AND URLS

Please add any additional documents or URLs.

UPLOAD RESUME

ADD COVER LETTER

Link 1

+ Add Another Link

## DIVERSITY INFORMATION

The Equal Employment Opportunity Commission (EEOC) requires all private employers with 100 or more employees as well as federal contractors and first-tier subcontractors with 50 or more employees AND contracts of at least $50,000 complete an EEO-1 report each year. Covered employers must invite employees to self-identify gender and race for this report. Completion of this form is voluntary and will not affect your opportunity for employment, or the terms or conditions of your employment. This form will be used for EEO-1 reporting purposes only and will be kept separate from all other personnel records only accessed by the Human Resources department.

Ethnicity

Select the races you identify with.

Gender *

SOCIAL SECURITY NUMBER - OPTIONAL

This information will help us connect to your previous employment records and/or duplicate applicant profiles. If you have an SSN and would like to enter it now, click "Add Social Security Number" below, otherwise proceed to the next section.

**ADD SOCIAL SECURITY NUMBER**

I agree to receive updates about new job opportunities.



**E-SIGNATURE**

# Consent and/or Lawful Basis to Collection and Processing of Personal Data

Last Updated December 2023

This application platform ("**Platform**") is operated by HireVue Inc. ("**HireVue**" "**we**" "**our**") in order to facilitate completion of pre-employment processes provided to our clients (i.e., employers) (without distinction, "**Client**" or "**Employer**") as part of our **Services.**" Our Platform and Services include, but are not limited to, pre-employment assessments, digital/virtual interviews, scheduling and/or other pre-hire experiences for job applicants, candidates and/or job seekers (together "**Candidate(s)**" or "**you**") by connecting them with recruiters, hiring managers and/or further interviewers (collectively, "**Recruiters**"). Our Platform and Services facilitate the Employer's pre-employment processes, but HireVue does not participate in or otherwise make decisions with respect to the Candidate interview, assessment, evaluation, selection or hiring process. Individuals who access and use the Platform or Services, including Candidates, Recruiters and Employers, may be referred to herein collectively as "**Users.**"

The responsible entity for any Personal Data (as defined below) that is Processed (as defined below) during the usage of the Platform and Services for both Candidates and Recruiters is the entity with whom the Candidate submitted an employment application as specified in the respective job posting or the entity through whom Candidate or Recruiter accessed the Platform (i.e., our Client/the Employer and the "**Data Controller**"). We collect, use and transfer (collectively "**Process**") the Personal Data as the "**Data Processor**" at the direction of the Data Controller.

We process Personal Data in accordance with our Privacy Notice and the applicable data protection laws, including as applicable and for example, the General Data Protection Regulation (for Users in the European Union), the Australian Privacy Act (for Users in Australia), the California Consumer Protection Act (for Users in California). Details on the specific rights you have under applicable data protection laws are further specified in our Privacy Notice and the related Country-Specific Law Addenda. Under the applicable data protection laws, you may be required to consent to certain use of Personal Data and in some instances the Data Controller (i.e., our Client) and its Data Processor (i.e., HireVue) may have a lawful basis to use your Personal Data without a need for express consent.

When using our Platform and the Services, all personal data provided by or collected from you as a User, which may include your answers to digital/virtual interviews and/or assessments collected via video and/or audio recordings, SMS text messages, and/or question responses, and which may be multiple choice or text-based (collectively "**Personal**

Data") are processed and digitally stored in accordance with our data retention policies and our Privacy Notice, as well as any applicable Client's privacy policy.

Please note that any recordings (i.e., video and/or audio) you provide through our Services are NOT used for identification purposes (i.e., they are not digitally analysed or processed into voiceprints or facial recognition files). In other words, neither the Platform nor Services analyse your facial features, facial expressions, eye movements, or tone of voice for any purpose, including for identification, and therefore HireVue does not consider these recordings to be biometric data as defined in or subject to any biometric information protection regulations. We may convert the raw Personal Data from the recordings into text format for purposes of providing the Services. Our Client as the Data Controller will have access to the Personal Data.

Our compliance with applicable data protection laws includes compliance as required in connection with the Processing of any such recordings. In the event that the recordings themselves should be deemed to be covered by biometric laws or other applicable data protection laws (even though not used for identification purposes), then you as a User may have the following rights: the right to know that such recordings are collected and stored as necessary to transcribe and evaluate your responses; that the recordings are deleted in accordance with our normal data retention policies and as necessary to comply with applicable data protection laws; and that your use of our Platform or Services, which include collection via video and/or audio recordings is your acknowledgement as a User of receipt of information regarding the collection and use the recordings as described herein. You may refer to our Privacy Notice and the related Country-Specific Law Addenda for additional specifics (e.g., the Illinois Biometric Information Protection Act).

Your Personal Data may include data such as your first name, last name, e-mail address and/or cell phone number. Our Services do not require any sensitive information, as defined in applicable data protection laws (e.g., racial, ethnic origin, political opinions, religious beliefs, etc.). We typically collect Personal Data directly from you as a User, which may include sensitive data, for example, a video recording may reflect information from which gender, race or ethnicity could be inferred, but we do not use such data for the purposes of our Services. We Process Personal Data as necessary to provide our Services to our Clients. Your Personal Data (including any sensitive data) will be handled in accordance with our Privacy Notice, including the related Country-Specific Law Addenda.

Depending on which data protection laws may apply to you as a User (please see our Privacy Notice and the related Country-Specific Law Addenda for additional details), your provision of an email address to us either in a request for information, to exercise your rights regarding your Personal Data, or for another purpose will constitute your election on an opt-in basis where required under applicable data protection laws (such as Canada's Anti-Spam Legislation), to permit us to communicate with you via email. You may elect at any time to opt out of further email communication from us.

We may also use artificial intelligence and/or automated decision-making to evaluate your Personal Data. When used, the automated decision-making and/or artificial intelligence does not make the final decision based on your responses, but rather provides a score or a recommended score, which our Client's hiring team can use to assist in consideration of your responses. Our Platform and Services facilitate the Employer's pre-employment processes, but HireVue does not participate in or otherwise make decisions with respect to the Candidate interview, assessment, evaluation, selection or hiring process. Additional details about the use of artificial intelligence is noted in the "How is Artificial Intelligence used to reduce bias in the hiring process?" consent form, which will be shown to you prior to the part of the Platform that would use such decision-making process.

As noted in our Privacy Notice, we utilize certain third-party service providers, including our data host provider ("**DHP**") as a sub-processor. We also disclose Personal Data to other third-party service providers, as detailed in our Privacy Notice. Our DHP's data centers and our other third-party service providers may be in a country other than where you reside. In such cases, our Client (i.e., the Data Controller) and HireVue will take measures to ensure an adequate level of data protection is in place to comply with applicable data protection laws (e.g., the EU Standard Contractual Clauses under GDPR are one means of doing so).

You may revoke your consent to the processing of your Personal Data at any time by contacting HireVue Support. Upon receiving a revocation of consent request, we will promptly contact the Data Controller and, if approved by the Data Controller, delete your Personal Data as requested, unless retention is required by law or our record retention requirements as noted in our standard data retention policies. If we are unable to delete your Personal Data, either HireVue or the Data Controller will inform you as the User of the reasons for this retention.

If you do not consent or revoke your consent for us to process your Personal Data, you may not get the full use of the Platform and/or the full benefit of our Services. Our Privacy Notice contains information about how you as a User may request access and seek correction of your Data, how Users can make a complaint about a breach of applicable data protection laws and how we (or our Client as the Data Controller) will deal with such complaint. Additional individual rights you as a User may have under applicable data protection laws are also detailed in our Privacy Notice and the related Country-Specific Law Addenda. You can contact HireVue Support for any other questions regarding this Consent.

We take precautions in order to ensure the highest possible protection of your Personal Data. All Personal Data that we Process in the context of providing our Services is protected against unauthorized access and manipulation through appropriate technical and organizational measures and in compliance with applicable data protection laws.

**By clicking Accept below you acknowledge:** I consent to HireVue's processing of my Personal Data, including without limitation sensitive data or the use of recordings, the use of artificial intelligence or automated decision making, and the right to communicate with me as a User by electronic mail if I provide my email address, each for the purposes described

above and as may be further specified in the HireVue Privacy Notice and related Country-Specific Law Addenda for me as a User to access and use the HireVue Platform and Services.

Privacy Policy ↗

# HireVue Privacy Notice

## Agreements

Master Service Agreement

Data Processing Addendum

## Documentation

Technical Requirements

Solution Descriptions

Service Level Agreement

## Privacy Policies and Notices

Privacy Notice

Cookie Policy and Tracking Notice

HireVue Warrant Canary

Terms of Use

Approved Subprocessors

## AI Statements

AI Ethical Principles

HV4 Platform AI Explainability Statement

T2O Platform AI Explainability Statement

## InfoSec Trust Center

### Subscribe to our Legal Center updates:

Work Email

☐ Agreement Updates
☐ Subprocessor Updates

**Subscribe**

---

HireVue recently acquired Modern Hire Inc. See **here** for further information on the acquisition.

Our Services now include aspects of the Modern Hire platform. The data processing activities (e.g. types of personal information collected, purposes of processing etc.) and privacy practices (e.g. acting as a processor of personal information on behalf of Employers, the security

measures implemented etc.) of the two companies were highly similar and, from now on, any personal information collected by Modern Hire will be subject to, and protected in accordance with, this Privacy Notice.

Any individuals who have questions and/or concerns about HireVue's use of personal information collected originally collected by HireVue can reach out to the HireVue Privacy team via the details in the "How to Contact Us" section below.

# Privacy Policy

### Effective June 13, 2024

HireVue is committed to protecting the integrity and privacy of your personal information. This Privacy Notice explains how we collect personal information through our website at www.hirevue.com and its sub domains ("**Website**") and our Hiring Intelligence platform and related services ("**Services**").  Our Website and Services are intended for (a) businesses and their representatives and (b) Employees and Candidates whose information we process on behalf of our Customers. Our Website and Services are not for personal, family or household use. Accordingly, we treat all personal information covered by this Privacy Notice as pertaining to Candidates, Employees or representatives of businesses, rather than to individuals acting in their personal capacity.

If you have any questions or concerns about our use of your personal information, then please contact us using the contact details provided at the bottom of this Privacy Notice.

### Quick links

We recommend that you read this Privacy Notice in full to ensure you are fully informed. However, if you only want to access a particular section of this Privacy Notice, then you can click on the relevant link below to jump to that section.

- **What does HireVue do?**
- **What personal information does HireVue collect through the Website?**
- **What information does HireVue collect through the Services?**
- **How does HireVue use this information?**
- **Who does HireVue share my personal information with?**
- **Legal basis for processing personal information of Website visitors (EEA visitors only)**
- **Cookies and similar tracking technology**
- **How does HireVue keep my personal information secure?**
- **International data transfers**
- **Data retention**
- **Your data protection rights**
- **Mobile Notifications**
- **Third Party Services**
- **Updates to this Privacy Notice**
- **How to contact us**

## What does HireVue do?

HireVue helps global enterprises gain a competitive advantage in the modern talent marketplace with cloud based video interviewing, assessments, scheduling, and conversational AI software. Our customers can use our software to schedule and conduct video interviews, or can combine our video interviewing software with our Assessments tool(s) which involves the use of predictive, validated occupational science and artificial intelligence in order to augment the customer's human decision  making in the hiring process. A more detailed description of our Assessments tool can be found at **https://hirevue.com/platform/assessment-software**.

We are headquartered in the USA, but work with affiliates, service providers and customers all around the globe. For more information about HireVue, please see the "About Us" section of our Website at **https://www.hirevue.com/about** and to see specific product information please see our "Platform" tab of our Website at **https://www.hirevue.com/platform**.

## What personal information does HireVue collect through the Website?

The personal information that we may collect about you through the Website broadly falls into the following categories:

- *Information that you provide voluntarily*

Certain parts of our Website may ask you to provide personal information voluntarily: for example, we may ask you to provide your contact details in order to request a demo or register an account. When you visit our Website, we may collect certain information automatically from your device or you may decide to provide information voluntarily via the chat bot function included on each page of our Website. In some countries, including countries in the European Economic Area, this information may be considered personal information under applicable data protection laws.

Specifically, the information we collect automatically may include information like your IP address, device type, unique device identification numbers, browser-type, broad geographic location (e.g. country or city-level location) and other technical information. We may also collect information about how your device has interacted with our Website, including the pages accessed and links clicked.

Collecting this information enables us to better understand the visitors who come to our Website, where they come from, and what content on our Website is of interest to them. We use this information for our internal analytics purposes and to improve the quality and relevance of our Website to our visitors.

Some of this information may be collected using cookies and similar tracking technology, as explained further under the heading "Cookies and similar tracking technology" below. You can view our full cookie policy **here**.

PLEASE NOTE: in the event that you use our chat bot function, we use a third-party service provider to collect and respond to information you provide through this function.

- *Information that we obtain from third party sources*

From time to time, we may receive personal information about you from third party sources, but only where we have checked that these third parties either have your consent or are otherwise legally permitted or required to disclose your personal information to us.

The types of information we collect from third parties include general geo location information to identify what state and country you are visiting our site from and we use the information we receive from these third parties to ensure inquiries and other requests are routed to the appropriate team for processing as promptly as possible.

### What information does HireVue collect through the Services?    ^ back to top

If you are a job candidate ("Candidate") or employee ("Employee") using our Services on behalf of one of our customers who are engaging us to provide the Services to them (the "Potential Employers"), we are collecting and processing your personal information on behalf of the Potential Employers. In such cases, we are acting as a data processor and are collecting and processing your personal information on their behalf and in accordance with their instructions. The types of information typically collected are described in detail in this section below. What we do not collect, and you should not be asked by Potential Employers to provide to HireVue, are things like protected health information, financial information, date of birth, social security or other government  issued identification number, and other sensitive personal information.

It is primarily the Potential Employer who must ensure that your personal information is collected and processed in accordance with data protection laws. Therefore, if you have questions or concerns about the handling of your personal data, you should contact the relevant Potential Employer directly or refer to their separate privacy policies.

The following outlines the types of personal information that we will typically collect through the Services on behalf of our customers:

- *Information that you provide voluntarily*

In using the Services, Candidates and Employees may be required to provide certain personal information about themselves    for example, their name, contact details, username and password (username and password is for Employees only, as Candidates do not create accounts within the HireVue platform), and other information as requested by the Potential Employer. Candidates may complete a job interview through the Services which can include information such as work history, skills, experience, abilities, work style and other responses to questions, as well as submissions through a variety of types of media including video/audio interviews, coding challenges, training exercises and the like.

- *Information that we collect automatically*

When you use the Services, we may collect certain information automatically from your device. In some countries, including countries in the European Economic Area and the UK, this information may be considered personal information under applicable data protection laws. Specifically, this information may include IP addresses, other unique device IDs or addresses, web browser and/or device type, the pages you view on the Services and the dates and times you visit, access or use the Service.

Some of this information may be collected using cookies and similar tracking technology, as explained further under the heading "Cookies and similar tracking technology" below. You can view our full cookie policy **here**.

- *Information that we collect automatically*

From time to time, we may receive personal information about you from third party sources, but only where we have checked that these third parties either have your consent or are otherwise legally permitted or required to disclose your personal information to us.

## How does HireVue use this information?                    <span style="color:red">^ back to top</span>

HireVue may use your personal information in a variety of ways for the operation of the Website and its Services, including:

- To operate, maintain, enhance, and provide all of the features and services found on the Website and Services, to personalize the Website and Services for your preferences and interests.
- To contact you for administrative purposes regarding the Services, for customer service purposes, or regarding content that you have posted to the Service.
- To understand and analyze the usage trends, interests, and preferences of our users, to improve the way the Website and Services works and looks, and to create new features and functionality.
- HireVue may now or in the future use "automatically collected" information and "cookies" information to: (a) personalize our services, such as remembering your information so that you will not have to re enter it during your visit or the next time you visit the Website or Services; (b) monitor and analyze the effectiveness of the application and evaluation activities; (c) monitor aggregate usage metrics such as total number of users, pages and media and features of the Website or Service accessed, etc.; and (d) track your entries, submissions, and status, including the ways in which you may interact with the Services.
- Where it is in accordance with your preferences, to send emails related to the products and services we think you may be interested in. You will have the ability to opt out of receiving any such communications, either through links provided in the messages, or by updating your account preferences through the Services.

## Who does HireVue share my personal information with?        <span style="color:red">^ back to top</span>

We may disclose your personal information to the following categories of recipients:

- to the Potential Employer;
- to our **group companies, third party services providers and partners** who provide data processing services to us (for example, to support the delivery of, provide functionality on, or help to enhance the security and features of our Website and Services), or who otherwise process personal information for purposes that are described in this Privacy Notice or notified to you when we collect your personal information;
- to any **competent law enforcement body, regulatory, government agency, court or other third party** where we believe disclosure is necessary (i) as a matter of applicable law or

regulation, (ii) to exercise, establish or defend our legal rights, or (iii) to protect your vital interests or those of any other person;

- in connection with any proposed purchase, reorganization, merger or acquisition of any part of our business, provided that we inform the buyer it must use your personal information only for the purposes disclosed in this Privacy Notice;
- to any **other person with your consent** to the disclosure.

As stated above, if you are a Candidate or Employee and we are collecting your personal information through the Services, we will be collecting it on behalf of our customers, in accordance with the agreements that we have with them. For further information about how your personal information is shared with third parties, you should contact the relevant Potential Employer or refer to that Potential Employer's Privacy Policy/Privacy Notice.

**Legal basis for processing personal information of Website visitors (EEA visitors only)**    **^ back to top**

If you are a Website visitor from the European Economic Area or the UK, our legal basis for collecting and using the personal information described above will depend on the personal information concerned and the specific context in which we collect it.

However, we will normally collect personal information from you only where we have your consent to do so, where we need the personal information to perform a contract with you, to perform a contract with the Potential Employer as a service provider/data processor, or where the processing is in our legitimate interests and not overridden by your data protection interests or fundamental rights and freedoms. In some cases, we may also have a legal obligation to collect personal information from you or may otherwise need the personal information to protect your vital interests or those of another person.

If we ask you to provide personal information to comply with a legal requirement or to perform a contract with you, we will make this clear at the relevant time and advise you whether the provision of your personal information is mandatory or not (as well as of the possible consequences if you do not provide your personal information).

Similarly, if we collect and use your personal information in reliance on our legitimate interests (or those of any third party), which are not already referred to above, we will make clear to you at the relevant time what those legitimate interests are.

If you have questions about or need further information concerning the legal basis on which we collect and use your personal information, please contact us using the contact details provided under the "How to contact us" heading **below**.

**Cookies and similar tracking technology**    **^ back to top**

We use cookies and similar tracking technology (collectively, "**Cookies**") to collect and use personal information about you, including to help us understand how our Website and Services are being used or to personalize our Website and Services for you. For further information about the types of Cookies we use, why, and how you can control Cookies, please see our Cookie Notice at **https://www.hirevue.com/cookies**.

## How does HireVue keep my personal information secure?

^ back to top

We use appropriate technical and organizational measures to protect the personal information that we collect and process about you. The measures we use are designed to provide a level of security appropriate to the risk of processing your personal information. However, please be aware that no physical or technical system is completely secure or immune from outages, losses, attacks, circumvention, design or implementation flaws, and human error. Therefore, we cannot and do not ensure or warrant that information you transmit to HireVue will not be lost or compromised, either during or after transmission.

You are responsible for maintaining the secrecy of your unique password and account information at all times, to the extent your access includes an account and password (Candidates do not have an account and password when using the Services).

## International data transfers

^ back to top

Your personal information may be transferred to, and processed in, countries other than the country in which you are resident. These countries may have data protection laws that are different to the laws of your country (and, in some cases, may not be as protective).

Specifically, unless otherwise required by local law, our Website and Services are hosted in the USA and the EEA. Also, your personal information may be transferred to and processed in other countries around the world where our group companies and third-party service providers and partners operate including in the USA, the UK, the European Union/European Economic Area, India, and Australia. This means that when we collect your personal information, we may process it in any of these locations.

However, we have taken appropriate safeguards to require that your personal information will remain protected in accordance with this Privacy Notice and applicable laws. If you are from the EEA or the UK, these include implementing the European Commission's Standard Contractual Clauses for transfers of personal information between our group companies, and with our third-party service providers and partners. The Standard Contractual Clauses require non EEA companies to protect EEA and UK personal information they process in accordance with European Economic Area data protection law.

For transfers from the EU, UK and Switzerland to the United States, HireVue complies with the EU-U.S. Data Privacy Framework (EU-U.S. DPF), the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. Data Privacy Framework (Swiss U.S. DPF) as set forth by the U.S. Department of Commerce. For further information, please see our "**Data Privacy Framework Self-Certification Notice**".

## Data retention

^ back to top

We retain personal information we collect from you where we have an ongoing legitimate business need to do so (for example, to provide you with a service you have requested or to comply with applicable legal, tax or accounting requirements).

When we have no ongoing legitimate business need to process your personal information, we will either delete or anonymize it or, if this is not possible (for example, because your personal

information has been stored in backup archives), then we will securely store your personal information and isolate it from any further processing until deletion is possible.

Where we are collecting personal information on behalf of our customers (Potential Employers), we will retain the personal information in accordance with our services agreements with them and their instructions.

## Your data protection rights                                    ^ back to top

Under applicable data protection laws, you have the following data protection rights in respect of your personal information collected through the Website:

- If you wish to **access, correct, update or request deletion** of your personal information, you can do so at any time by contacting us using the contact details provided under the "How to contact us" heading **below**.
- In addition, if you are a resident of the European Economic Area, you can **object to processing** of your personal information, ask us to **restrict processing** of your personal information or **request portability** of your personal information. Again, you can exercise these rights by contacting us using the contact details provided under the "How to contact us" heading **below**.
- Similarly, if we have collected and process your personal information with your consent, then you can **withdraw your consent** at any time. Withdrawing your consent will not affect the lawfulness of any processing we conducted prior to your withdrawal, nor will it affect processing of your personal information conducted in reliance on lawful processing grounds other than consent.
- You have the **right to complain to a data protection authority** about our collection and use of your personal information. For more information, please contact your local data protection authority. (Contact details for data protection authorities in the European Economic Area, Switzerland and certain non-European countries (including the US and Canada) are available **here**.)

We respond to all requests we receive from individuals whose information was collected through using this Website wishing to exercise their data protection rights in accordance with applicable data protection laws. To protect your privacy and security, we take reasonable steps to verify your identity before granting you account access or making corrections to your information.

## Mobile Notifications                                          ^ back to top

HireVue provides candidates with the option to receive mobile invitations and reminders by sending a message to its short code 47257 to enroll in sms or mobile based messaging ("Mobile Messages"). To stop receiving these Mobile Messages you may text "stop", "end", "cancel", "unsubscribe", or "quit" to the short code at any time. You may also contact our Headquarters: +1.800.655.4106 to opt out of sms or mobile based messaging at any time. HireVue will send a confirmation message that you have been unsubscribed and you will no longer receive Mobile Messages from us. To re  subscribe, just subscribe as you previously did. For assistance with Mobile Messages, test "HELP" or contact **Support@hirevue.com**.

Carriers are not liable for delayed or undelivered messages, and messaging and data rates may apply to Mobile Messages sent or received by you. Message frequency depends on the activity. Contact your wireless provider for questions about your text/data plan. For questions regarding privacy, please review HireVue's policy here: **https://www.hirevue.com/privacy** or the privacy policy of the Potential Employer. We will provide assistance to the Potential Employer to respond to your request, where required, in accordance with their instructions and the terms of our agreements with them.

**Third Party Services:**                                        **^ back to top**

The Website and Services may contain references and links to other websites and services provided by third parties, including Potential Employers. Any personal information you provide on third party sites or services (including communications between Candidates or Employees and Potential Employers through the Service) is provided directly to that third party and is subject to that third party's policies governing privacy and security. We are not responsible for the content or privacy and security practices and policies of third-party sites or services to which links are displayed on the Service. We encourage you to learn about third parties' privacy and security policies before providing them with your personal information.

**Updates to this Privacy Notice**                              **^ back to top**

We may update this Privacy Notice from time to time in response to changing legal, technical or business developments. When we update our Privacy Notice, we will take appropriate measures to inform you, consistent with the significance of the changes we make. We will obtain your consent to any material Privacy Notice changes if and where this is required by applicable data protection laws.

Headquarters: +1.800.655.4106

**How to contact us**                                           **^ back to top**

If you have any questions or concerns about our use of your personal information, please contact us using the following details:

HireVue, Inc.
10876 South River Front Parkway, Suite 500
South Jordan, Utah 84095

Headquarters: +1.800.655.4106

Fax: +1.888.619.4053

Privacy Policy Inquiries in the **United States**: **privacy@hirevue.com**
Privacy Policy Inquiries in the **EU**: **HireVue-Europe@LionheartSquared.eu**
Privacy Policy Inquiries in the **UK**: **HireVue-UK@LionheartSquared.co.uk**

**^ back to top**

**HIREVUE**

---

**RESOURCES**

---

**WHY HIREVUE**

---

**COMPANY**

---

Terms of Use  |  Privacy  |  AI Ethical Principles  |  AI Explainability Statement

© 2025 HireVue, Inc. All rights reserved.

 

# Retail Commission Sales Associate, Boston - Full Time

Thank you for your interest in Macy's, John.

You may log out and complete the process later. Your work in progress will be saved.

Click ❯ below to begin.



 

Featured Resources

- Practice page
- Learning center

| Submit by 3/16/2025 10:55 AM |
| --- |



# Macy's Introduction

Macy's is America's store for life. We have the latest styles in fashion, beauty, and home, and we proudly host America's favorite holiday events.

At Macy's, Inc., we're on a mission to create a brighter future with bold representation for all. We call it Mission Every One. We recognize and reward our diverse community of colleagues to fuel growth, innovation, and impact. As a part of our Macy's family, we celebrate your unique talents and empower you to bring your amazing self to work.





Next



## As a Sales and Customer Service Colleague...

I build relationships with customers to drive sales and loyalty through engaging interactions, active listening, and in-store product recommendations.

Teamwork is crucial to our success, so we all work together to provide outstanding customer service, create a memorable shopping experience, and achieve our sales goals.

My People Leader is a great support system. They help me hone my selling skills through regular meetings, both formal and informal, ensuring I'm always equipped to deliver the best possible experience for our customers.



## Working at Macy's also comes with rewards and opportunities!

I work with a team of amazing people in a fun and fast-paced environment.

In addition to your base pay, you will be able to enjoy a colleague discount and you may be eligible for Path to Growth Incentive Plan* which recognizes that every colleague has a role to play in driving the company's success. Your People Leader will share all the details!

There is so much opportunity for growth and development here! Once on board, you'll have access to internal job postings and support from your People Leader to work on professional development goals.





Next



## Every job has its challenges …

You'll be working in a busy, fast-paced store environment. We know handling multiple customers at once can be stressful, so you will have the support to make the right decisions for customers as well as the company.

Retail schedules require flexibility to meet customer needs. This will involve working nights, weekends, and holidays.  The majority of your shift will be spent on your feet, performing tasks that require bending, reaching, and lifting objects weighing up to 25 lbs.

Next >



# Every job has its challenges ...

You'll be working in a busy, fast-paced store environment. We know handling multiple customers at once can be stressful, so you will have the support to make the right decisions for customers as well as the company.

Retail schedules require flexibility to meet customer needs. This will involve working nights, weekends, and holidays.  The majority of your shift will be spent on your feet, performing tasks that require bending, reaching, and lifting objects weighing up to 25 lbs.

Next



## Next Steps

Thank you for applying! To help us learn more about you, we invite you to complete the next part of your application process which is a recorded interview. This is a required step to move forward in the process. We will carefully review your qualifications and experience. We will keep you informed of the progress and reach out to you if we require further information or if there are any updates regarding your application status.

Next >



## Bring Your Amazing Self to Work!

We meet our Customers' needs across our iconic brands—Macy's, Bloomingdale's and Bluemercury. We respect and invest in each of our colleagues and by bringing our amazing selves to work, it translates into a more abundant and wider array of ideas and energy for all to benefit from. This, plus our social purpose - to create a brighter future with bold representation for all - are critical to our commitment to use our business and brand to tackle the barriers to representation so together, we can realize the potential of every one of us.

Next ›

## Question 1 of 6



Thank you for choosing to apply with us!  Please tell us why you are interested in working with us.

### Instructions

This question is required.
Unlimited re-recording is allowed

For assistance, visit the
**Help Center**

## Response

Response Time:  **02:00**



● **RECORD**

## Question 2 of 6



Greeting and connecting with customers is very important in this role. Please describe a situation where you had to greet and make a connection with a customer in a friendly and genuine way. How the customer responded to your greeting and effort to make a connection?

---

### Instructions

This question is required. Unlimited re-recording is allowed

For assistance, visit the **Help Center**

---

## Response

Response Time: **02:00**



● RECORD

## Question 3 of 6



In this role you will be expected to recommend products to a customer. Describe a time when you recommended a product to a customer. How did you identify their needs and inspire the purchase of a new product that interested them? How did the customer react to your recommendation? Did they buy the recommended product or something else?

---

### Instructions

This question is required. Unlimited re-recording is allowed

For assistance, visit the
**Help Center**

---

## Response

Response Time: **02:00**



● RECORD

## Question 4 of 6



Your primary goal will be to ensure each interaction results in a sale.   How would you determine a customer's needs and preferences before offering them options and solutions to close the sale with a purchase? How would you handle concerns or questions from the customer that might prevent a sale and how would you overcome them?

### Instructions

This question is required. Unlimited re-recording is allowed

For assistance, visit the **Help Center**

## Response

Response Time: **02:00**



● RECORD

## Question 5 of 6



We want to always celebrate our customer's shopping journey and share in their excitement. How would close out a customer sale and celebrate their purchase with them? How would you encourage a customer to open a Macy's credit account?

### Instructions

This question is required. Unlimited re-recording is allowed

For assistance, visit the **Help Center**

## Response

Response Time:  **02:00**

● RECORD

## Question 6 of 6



You'll be working in a busy, fast-paced store environment and our colleagues need to be available at our busiest times to help our customers and weekends are our most important time. In this role you will be expected to work throughout the week and you will also be required to work weekends including Friday evenings. In your own words please explain your weekend availability.

### Instructions

This question is required. Unlimited re-recording is allowed

For assistance, visit the **Help Center**

## Response

Response Time: **02:00**



● RECORD

# Review & Submit

You're not done yet! You may review some sections before submitting. You must submit by ███████████



**Interview Questions**
6 of 6 Questions Complete

By submitting, I understand no additional changes are allowed.    Submit ›

# Share Your Feedback!

We'd like to hear what you think about your experience. Your optional candid feedback will help us refine our process and will in no way impact your status as a candidate.

Agree or disagree with the following statements.

The information presented when I started the experience was useful to me.

[ ⌄ ]

Having participated in the experience, I am better equipped to determine if the role is right for me.

[ ⌄ ]

The experience provided me with a better understanding of the role.

[ ⌄ ]

Based on my experience, I would gladly tell my friends about employment opportunities at this company.

[ ⌄ ]

Please provide any additional comments you wish to share about the experience.

[ ]

Skip    Submit Feedback

# Your opportunity at Macy's

## Retail Commission Sales Associate, Boston - Full Time

On-Demand - Web/Video

Complete

EXHIBIT 2

 

# Retail Fragrances Sales Associate, Hanover - Full Time

Hanover, MA, United States

Full time Schedule

$16.50  -  $20.35  Hourly Rate*

Eligible for Sales Commission

* based on job, location, and schedule

---

## JOB DESCRIPTION

**Be part of an amazing story.**

Macy's is more than just a store. We're a story. One that's captured the hearts and minds of America for more than 160 years. A story about innovations and traditions... about inspiring stores and irresistible products...about the excitement of the Macy's 4th of July Fireworks, and the wonder of the Thanksgiving Day Parade. We've been part of memorable moments and milestones for countless customers and colleagues. Those stories are part of what makes this such a special place to work.

**Job Overview**

As a Fragrance Sales Associate, you provide exceptional customer service by demonstrating and selling fragrances and related beauty items to our customer.  Both a product educator and beauty enthusiast, you specialize in making our customers feel beautiful and confident.  You will also attend product training classes and seminars and contribute to the success of the department by achieving personal sales goals.

**What we can offer you**

Join a team where work is as rewarding as it is fun! We offer a dynamic, inclusive environment with competitive pay and benefits. Enjoy comprehensive health and wellness coverage and a 401(k) match to invest in your future. Prioritize your well-being with paid time off and eight paid holidays. Grow your career with continuous learning and leadership development. Plus, build community by joining one of our Colleague Resource Groups and make a difference through our volunteer opportunities.

*Some additional benefits we offer include:*

- Merchandise discounts
- Performance-based incentives
- Annual merit review
- Employee Assistance Program with mental health counseling and legal/financial advice

Access the full menu of benefits offerings here.

**What you will do**

- Acknowledge customers in a friendly and helpful manner
- Determine customer needs based on their preferences
- Explain and demonstrate the use of fragrances through actual application
- Ensure proper presentation, organization, storing and replenishment of stock
- Use our clientele program to build relationships with customers, meet sales goals, and share promotions and product launches
- Ensure customers are aware of our full-line of beauty products and services and make appropriate partnerships with colleagues in the Beauty area when necessary
- Participate in pre-selling and sales-driving events to maximize sales
- Merchandise new receipts, process damages, testers and select merchandise to return to vendors
- Use point of sale technology and applications, including handheld equipment, to assist in selling and fulfilling of customer orders.
- Adhere to hygiene standards and asset protection control and compliance procedures
- Foster an environment of acceptance and respect that strengthens relationships, and ensures authentic connections with colleagues, customers, and communities

**Who you are**

- Flexible availability, including days, evenings, weekends and holidays
- Strong interpersonal skills with the ability to share information with diverse groups of customers and colleagues
- Resourceful and able to adapt quickly to changing priorities
- At least 1 year of customer service or selling experience required

**Essential Physical requirements you will perform**

- Prolonged periods of standing/walking around the store or department
- Frequent use of computers, handheld electronic equipment and cash registers
- Reaching, crouching, kneeling, stooping and color vision
- Lifting and moving items weighing up to 25 lbs.

**About Us**

This is a great time to join Macy's! Whether you're helping a customer find the perfect gift, streamlining operations in one of our distribution centers, enhancing our online shopping experience, buying in-style and on-trend merchandise to outfit our

customers, or designing a balloon for the Thanksgiving Day Parade, we offer unique
Case 1:25-cv-11009-GAO    Document 22    Filed 07/02/25    Page 59 of 98
opportunities to be part of some of the most memorable moments in people's lives.

***Join us and help write the next chapter in our story - Apply Today!***

*This job description is not all-inclusive and may not apply to colleagues covered by a collective bargaining agreement. Macy's Inc. reserves the right to amend this job description at any time. Macy's Inc. is an Equal Opportunity Employer, committed to a diverse and inclusive work environment.*

BEAUTY00

This position may be eligible for performance-based incentives/bonuses. Benefits include 401k, medical/vision/dental/life/disability insurance options, PTO accruals, Holidays, and more. Eligibility requirements may apply based on location, job level, classification, and length of employment. Click here to see details on benefits.

**APPLY NOW**

## JOB INFO

| | |
|---|---|
| Job Identification | REQ_552041 |
| Job Category | Stores |
| Posting Date | 03/04/2025, 06:46 PM |
| Locations | 1775 Washington Street, Hanover, MA, 02339, US |



1775 Washington Street, Hanover, MA, 02339, US
Copy to Clipboard

## Retail Fragrances Sales Associate, Burlington - Part Time

Burlington, MA, United States • Posted on 03/04/2025

## Retail Fragrances Sales Associate, Boston - Part Time

Boston, MA, United States • Posted on 03/04/2025

SEE MORE JOBS

⌂ | Retail Fragrances Sales Associate, Hanover - Full Time

# Enter your email to get started

It's easy to access an existing profile using the same email address you have used to start or submit an application in the past.

If this is your first time applying, create a profile using your email. Please use the email address that you wish to use for all your future Macy's, Inc. communications.

Your profile will be updated automatically as you enter details for each of your job applications.

Email Address  *

By continuing, you agree to the macysJOBS.com Privacy Practices and Legal Notice . *

◄ CANCEL

NEXT ▶

## IMPORT YOUR PROFILE

You can import your information.

Apply with **indeed**

RESUME

## CONTACT INFORMATION

Required fields are indicated by the * symbol.

Legal First Name *

Legal Middle Name

Legal Last Name *

Email Address

██████████████████    ✏

Phone Number *

Country code
+ 1 (United States)

## ADDRESS

Please enter your home address.

United States ▾

State *

▾

County *

▾

City *

▾

ZIP Code *

▾

Full Street Address (ex: 123 Main Street) *

Apt# / Unit# / Floor# etc. (ex: Apt 27)

## APPLICATION QUESTIONS

Please answer the following questions.

Please indicate your age below: *

Are you legally authorized to work in the United States? *

In this role you will be expected to work throughout the week and you will also be required to work weekends including Friday evenings, Saturdays and Sundays. Our stores are typically open 9am – 10pm and our work schedules vary and include working early mornings prior to the store opening, evenings, holidays, and extended hours during our peak season. Select the schedule options indicating when you would be available to work.

Please note – we will make a hiring decision on what you indicate below, please make sure your selections reflect the time you consistently can commit to working: *

Think of a time when you were a customer and you received great customer service. What made it stand out? *

If hired, what is the date you would be able to begin working? *

How would you close out a sale and celebrate the customer's purchase with them? *

Please describe a time when you delivered excellent customer service. What actions did you take, and what was the outcome? This could be an experience you provided in a retail, restaurant, hotel, or similar setting. *

If you were hired at Macy's, how would you approach a shopper in order to sell a product? *

A recorded interview may be required for this position. A separate email will be sent with instructions to complete this step if it is required for this position. A Talent Acquisition Specialist will review the recorded interview; recorded interviews are not evaluated by AI. You may contact us at macysJOBS@macys.com to request a reasonable accommodation to enable an individual with a disability to have an equal opportunity in the application process. *

[ ]  I have read and understand the statement above

Our colleagues are expected to use computer systems, websites, mobile applications, and other technologies to assist our customers. What is your experience with these technologies? *

|  |  |
|---|---|

Have you ever worked for Macy's, Inc. or a subsidiary of Macy's, Inc. including Bloomingdale's, May Company, Bluemercury, etc.? *

|  |  |
|---|---|

How much customer service experience do you have? *

|  |  |
|---|---|

What would you do if you witnessed someone doing something that bent or broke the rules? *

|  |  |
|---|---|

## WORK AND EDUCATION HISTORY

Please enter details about your work experience and education.

| ADD EXPERIENCE | | ADD EDUCATION |
|---|---|---|

2025

2024

2023

2022

## SUPPORTING DOCUMENTS AND URLS

Please add any additional documents or URLs.

UPLOAD RESUME

ADD COVER LETTER

Link 1

+ Add Another Link

## DIVERSITY INFORMATION

The Equal Employment Opportunity Commission (EEOC) requires all private employers with 100 or more employees as well as federal contractors and first-tier subcontractors with 50 or more employees AND contracts of at least $50,000 complete an EEO-1 report each year. Covered employers must invite employees to self-identify gender and race for this report. Completion of this form is voluntary and will not affect your opportunity for employment, or the terms or conditions of your employment. This form will be used for EEO-1 reporting purposes only and will be kept separate from all other personnel records only accessed by the Human Resources department.

Ethnicity

Select the races you identify with.

Gender *

## SOCIAL SECURITY NUMBER - OPTIONAL

This information will help us connect to your previous employment records and/or duplicate applicant profiles. If you have an SSN and would like to enter it now, click "Add Social Security Number" below, otherwise proceed to the next section.

## ADD SOCIAL SECURITY NUMBER

I agree to receive updates about new job opportunities.

I agree to receive updates from masys-JOBS.com as described in JOBS COMMUNICATIONS

**E-SIGNATURE**

# Consent and/or Lawful Basis to Collection and Processing of Personal Data

Last Updated December 2023

This application platform ("**Platform**") is operated by HireVue Inc. ("**HireVue**" "**we**" "**our**") in order to facilitate completion of pre employment processes provided to our clients (i.e., employers) (without distinction, "**Client**" or "**Employer**") as part of our **Services.**" Our Platform and Services include, but are not limited to, pre employment assessments, digital/virtual interviews, scheduling and/or other pre hire experiences for job applicants, candidates and/or job seekers (together "**Candidate(s)**" or "**you**") by connecting them with recruiters, hiring managers and/or further interviewers (collectively, "**Recruiters**"). Our Platform and Services facilitate the Employer's pre employment processes, but HireVue does not participate in or otherwise make decisions with respect to the Candidate interview, assessment, evaluation, selection or hiring process. Individuals who access and use the Platform or Services, including Candidates, Recruiters and Employers, may be referred to herein collectively as "**Users.**"

The responsible entity for any Personal Data (as defined below) that is Processed (as defined below) during the usage of the Platform and Services for both Candidates and Recruiters is the entity with whom the Candidate submitted an employment application as specified in the respective job posting or the entity through whom Candidate or Recruiter accessed the Platform (i.e., our Client/the Employer and the "**Data Controller**"). We collect, use and transfer (collectively "**Process**") the Personal Data as the "**Data Processor**" at the direction of the Data Controller.

We process Personal Data in accordance with our Privacy Notice and the applicable data protection laws, including as applicable and for example, the General Data Protection Regulation (for Users in the European Union), the Australian Privacy Act (for Users in Australia), the California Consumer Protection Act (for Users in California). Details on the specific rights you have under applicable data protection laws are further specified in our Privacy Notice and the related Country Specific Law Addenda. Under the applicable data protection laws, you may be required to consent to certain use of Personal Data and in some instances the Data Controller (i.e., our Client) and its Data Processor (i.e., HireVue) may have a lawful basis to use your Personal Data without a need for express consent.

When using our Platform and the Services, all personal data provided by or collected from you as a User, which may include your answers to digital/virtual interviews and/or assessments collected via video and/or audio recordings, SMS text messages, and/or question responses, and which may be multiple choice or text based (collectively "**Personal**

**Data**") are processed and digitally stored in accordance with our data retention policies and our Privacy Notice, as well as any applicable Client's privacy policy.

Please note that any recordings (i.e., video and/or audio) you provide through our Services are NOT used for identification purposes (i.e., they are not digitally analysed or processed into voiceprints or facial recognition files). In other words, neither the Platform nor Services analyse your facial features, facial expressions, eye movements, or tone of voice for any purpose, including for identification, and therefore HireVue does not consider these recordings to be biometric data as defined in or subject to any biometric information protection regulations. We may convert the raw Personal Data from the recordings into text format for purposes of providing the Services. Our Client as the Data Controller will have access to the Personal Data.

Our compliance with applicable data protection laws includes compliance as required in connection with the Processing of any such recordings. In the event that the recordings themselves should be deemed to be covered by biometric laws or other applicable data protection laws (even though not used for identification purposes), then you as a User may have the following rights: the right to know that such recordings are collected and stored as necessary to transcribe and evaluate your responses; that the recordings are deleted in accordance with our normal data retention policies and as necessary to comply with applicable data protection laws; and that your use of our Platform or Services, which include collection via video and/or audio recordings is your acknowledgement as a User of receipt of information regarding the collection and use the recordings as described herein. You may refer to our Privacy Notice and the related Country-Specific Law Addenda for additional specifics (e.g., the Illinois Biometric Information Protection Act).

Your Personal Data may include data such as your first name, last name, e-mail address and/or cell phone number. Our Services do not require any sensitive information, as defined in applicable data protection laws (e.g., racial, ethnic origin, political opinions, religious beliefs, etc.). We typically collect Personal Data directly from you as a User, which may include sensitive data, for example, a video recording may reflect information from which gender, race or ethnicity could be inferred, but we do not use such data for the purposes of our Services. We Process Personal Data as necessary to provide our Services to our Clients. Your Personal Data (including any sensitive data) will be handled in accordance with our Privacy Notice, including the related Country-Specific Law Addenda.

Depending on which data protection laws may apply to you as a User (please see our Privacy Notice and the related Country-Specific Law Addenda for additional details), your provision of an email address to us either in a request for information, to exercise your rights regarding your Personal Data, or for another purpose will constitute your election on an opt-in basis where required under applicable data protection laws (such as Canada's Anti-Spam Legislation), to permit us to communicate with you via email. You may elect at any time to opt out of further email communication from us.

We may also use artificial intelligence and/or automated decision-making to evaluate your Personal Data. When used, the automated decision-making and/or artificial intelligence does not make the final decision based on your responses, but rather provides a score or a recommended score, which our Client's hiring team can use to assist in consideration of your responses. Our Platform and Services facilitate the Employer's pre-employment processes, but HireVue does not participate in or otherwise make decisions with respect to the Candidate interview, assessment, evaluation, selection or hiring process. Additional details about the use of artificial intelligence is noted in the "How is Artificial Intelligence used to reduce bias in the hiring process?" consent form, which will be shown to you prior to the part of the Platform that would use such decision-making process.

As noted in our Privacy Notice, we utilize certain third-party service providers, including our data host provider ("**DHP**") as a sub-processor. We also disclose Personal Data to other third-party service providers, as detailed in our Privacy Notice. Our DHP's data centers and our other third-party service providers may be in a country other than where you reside. In such cases, our Client (i.e., the Data Controller) and HireVue will take measures to ensure an adequate level of data protection is in place to comply with applicable data protection laws (e.g., the EU Standard Contractual Clauses under GDPR are one means of doing so).

You may revoke your consent to the processing of your Personal Data at any time by contacting HireVue Support. Upon receiving a revocation of consent request, we will promptly contact the Data Controller and, if approved by the Data Controller, delete your Personal Data as requested, unless retention is required by law or our record retention requirements as noted in our standard data retention policies. If we are unable to delete your Personal Data, either HireVue or the Data Controller will inform you as the User of the reasons for this retention.

If you do not consent or revoke your consent for us to process your Personal Data, you may not get the full use of the Platform and/or the full benefit of our Services. Our Privacy Notice contains information about how you as a User may request access and seek correction of your Data, how Users can make a complaint about a breach of applicable data protection laws and how we (or our Client as the Data Controller) will deal with such complaint. Additional individual rights you as a User may have under applicable data protection laws are also detailed in our Privacy Notice and the related Country-Specific Law Addenda. You can contact HireVue Support for any other questions regarding this Consent.

We take precautions in order to ensure the highest possible protection of your Personal Data. All Personal Data that we Process in the context of providing our Services is protected against unauthorized access and manipulation through appropriate technical and organizational measures and in compliance with applicable data protection laws.

**By clicking Accept below you acknowledge:** I consent to HireVue's processing of my Personal Data, including without limitation sensitive data or the use of recordings, the use of artificial intelligence or automated decision making, and the right to communicate with me as a User by electronic mail if I provide my email address, each for the purposes described

above and as may be further specified in the HireVue Privacy Notice and related Country-Specific Law Addenda for me as a User to access and use the HireVue Platform and Services.

Privacy Policy ↗

# HireVue Privacy Notice

## Agreements

Master Service Agreement

Data Processing Addendum

## Documentation

Technical Requirements

Solution Descriptions

Service Level Agreement

## Privacy Policies and Notices

Privacy Notice

Cookie Policy and Tracking Notice

HireVue Warrant Canary

Terms of Use

Approved Subprocessors

## AI Statements

AI Ethical Principles

HV4 Platform AI Explainability Statement

T2O Platform AI Explainability Statement

## InfoSec Trust Center

### Subscribe to our Legal Center updates:

Work Email

☐ Agreement Updates
☐ Subprocessor Updates

**Subscribe**

---

HireVue recently acquired Modern Hire Inc. See **here** for further information on the acquisition.

Our Services now include aspects of the Modern Hire platform. The data processing activities (e.g. types of personal information collected, purposes of processing etc.) and privacy practices (e.g. acting as a processor of personal information on behalf of Employers, the security

measures implemented etc.) of the two companies were highly similar and, from now on, any personal information collected by Modern Hire will be subject to, and protected in accordance with, this Privacy Notice.

Any individuals who have questions and/or concerns about HireVue's use of personal information collected originally collected by HireVue can reach out to the HireVue Privacy team via the details in the "How to Contact Us" section below.

# Privacy Policy

### Effective June 13, 2024

HireVue is committed to protecting the integrity and privacy of your personal information. This Privacy Notice explains how we collect personal information through our website at www.hirevue.com and its sub domains ("**Website**") and our Hiring Intelligence platform and related services ("**Services**").  Our Website and Services are intended for (a) businesses and their representatives and (b) Employees and Candidates whose information we process on behalf of our Customers. Our Website and Services are not for personal, family or household use. Accordingly, we treat all personal information covered by this Privacy Notice as pertaining to Candidates, Employees or representatives of businesses, rather than to individuals acting in their personal capacity.

If you have any questions or concerns about our use of your personal information, then please contact us using the contact details provided at the bottom of this Privacy Notice.

### Quick links

We recommend that you read this Privacy Notice in full to ensure you are fully informed. However, if you only want to access a particular section of this Privacy Notice, then you can click on the relevant link below to jump to that section.

- **What does HireVue do?**
- **What personal information does HireVue collect through the Website?**
- **What information does HireVue collect through the Services?**
- **How does HireVue use this information?**
- **Who does HireVue share my personal information with?**
- **Legal basis for processing personal information of Website visitors (EEA visitors only)**
- **Cookies and similar tracking technology**
- **How does HireVue keep my personal information secure?**
- **International data transfers**
- **Data retention**
- **Your data protection rights**
- **Mobile Notifications**
- **Third Party Services**
- **Updates to this Privacy Notice**
- **How to contact us**

## What does HireVue do?

HireVue helps global enterprises gain a competitive advantage in the modern talent marketplace with cloud based video interviewing, assessments, scheduling, and conversational AI software. Our customers can use our software to schedule and conduct video interviews, or can combine our video interviewing software with our Assessments tool(s) which involves the use of predictive, validated occupational science and artificial intelligence in order to augment the customer's human decision  making in the hiring process. A more detailed description of our Assessments tool can be found at **https://hirevue.com/platform/assessment-software**.

We are headquartered in the USA, but work with affiliates, service providers and customers all around the globe. For more information about HireVue, please see the "About Us" section of our Website at **https://www.hirevue.com/about** and to see specific product information please see our "Platform" tab of our Website at **https://www.hirevue.com/platform**.

## What personal information does HireVue collect through the Website?

The personal information that we may collect about you through the Website broadly falls into the following categories:

- *Information that you provide voluntarily*

Certain parts of our Website may ask you to provide personal information voluntarily: for example, we may ask you to provide your contact details in order to request a demo or register an account. When you visit our Website, we may collect certain information automatically from your device or you may decide to provide information voluntarily via the chat bot function included on each page of our Website. In some countries, including countries in the European Economic Area, this information may be considered personal information under applicable data protection laws.

Specifically, the information we collect automatically may include information like your IP address, device type, unique device identification numbers, browser-type, broad geographic location (e.g. country or city-level location) and other technical information. We may also collect information about how your device has interacted with our Website, including the pages accessed and links clicked.

Collecting this information enables us to better understand the visitors who come to our Website, where they come from, and what content on our Website is of interest to them. We use this information for our internal analytics purposes and to improve the quality and relevance of our Website to our visitors.

Some of this information may be collected using cookies and similar tracking technology, as explained further under the heading "Cookies and similar tracking technology" below. You can view our full cookie policy **here**.

PLEASE NOTE: in the event that you use our chat bot function, we use a third-party service provider to collect and respond to information you provide through this function.

- *Information that we obtain from third party sources*

From time to time, we may receive personal information about you from third party sources, but only where we have checked that these third parties either have your consent or are otherwise legally permitted or required to disclose your personal information to us.

The types of information we collect from third parties include general geo location information to identify what state and country you are visiting our site from and we use the information we receive from these third parties to ensure inquiries and other requests are routed to the appropriate team for processing as promptly as possible.

## What information does HireVue collect through the Services?                    ^ **back to top**

If you are a job candidate ("Candidate") or employee ("Employee") using our Services on behalf of one of our customers who are engaging us to provide the Services to them (the "Potential Employers"), we are collecting and processing your personal information on behalf of the Potential Employers. In such cases, we are acting as a data processor and are collecting and processing your personal information on their behalf and in accordance with their instructions. The types of information typically collected are described in detail in this section below. What we do not collect, and you should not be asked by Potential Employers to provide to HireVue, are things like protected health information, financial information, date of birth, social security or other government  issued identification number, and other sensitive personal information.

It is primarily the Potential Employer who must ensure that your personal information is collected and processed in accordance with data protection laws. Therefore, if you have questions or concerns about the handling of your personal data, you should contact the relevant Potential Employer directly or refer to their separate privacy policies.

The following outlines the types of personal information that we will typically collect through the Services on behalf of our customers:

- *Information that you provide voluntarily*

In using the Services, Candidates and Employees may be required to provide certain personal information about themselves    for example, their name, contact details, username and password (username and password is for Employees only, as Candidates do not create accounts within the HireVue platform), and other information as requested by the Potential Employer. Candidates may complete a job interview through the Services which can include information such as work history, skills, experience, abilities, work style and other responses to questions, as well as submissions through a variety of types of media including video/audio interviews, coding challenges, training exercises and the like.

- *Information that we collect automatically*

When you use the Services, we may collect certain information automatically from your device. In some countries, including countries in the European Economic Area and the UK, this information may be considered personal information under applicable data protection laws. Specifically, this information may include IP addresses, other unique device IDs or addresses, web browser and/or device type, the pages you view on the Services and the dates and times you visit, access or use the Service.

Some of this information may be collected using cookies and similar tracking technology, as explained further under the heading "Cookies and similar tracking technology" below. You can view our full cookie policy **here**.

- *Information that we collect automatically*

From time to time, we may receive personal information about you from third party sources, but only where we have checked that these third parties either have your consent or are otherwise legally permitted or required to disclose your personal information to us.

## How does HireVue use this information?                                    **^ back to top**

HireVue may use your personal information in a variety of ways for the operation of the Website and its Services, including:

- To operate, maintain, enhance, and provide all of the features and services found on the Website and Services, to personalize the Website and Services for your preferences and interests.
- To contact you for administrative purposes regarding the Services, for customer service purposes, or regarding content that you have posted to the Service.
- To understand and analyze the usage trends, interests, and preferences of our users, to improve the way the Website and Services works and looks, and to create new features and functionality.
- HireVue may now or in the future use "automatically collected" information and "cookies" information to: (a) personalize our services, such as remembering your information so that you will not have to re enter it during your visit or the next time you visit the Website or Services; (b) monitor and analyze the effectiveness of the application and evaluation activities; (c) monitor aggregate usage metrics such as total number of users, pages and media and features of the Website or Service accessed, etc.; and (d) track your entries, submissions, and status, including the ways in which you may interact with the Services.
- Where it is in accordance with your preferences, to send emails related to the products and services we think you may be interested in. You will have the ability to opt out of receiving any such communications, either through links provided in the messages, or by updating your account preferences through the Services.

## Who does HireVue share my personal information with?                **^ back to top**

We may disclose your personal information to the following categories of recipients:

- to the Potential Employer;
- to our **group companies, third party services providers and partners** who provide data processing services to us (for example, to support the delivery of, provide functionality on, or help to enhance the security and features of our Website and Services), or who otherwise process personal information for purposes that are described in this Privacy Notice or notified to you when we collect your personal information;
- to any **competent law enforcement body, regulatory, government agency, court or other third party** where we believe disclosure is necessary (i) as a matter of applicable law or

regulation, (ii) to exercise, establish or defend our legal rights, or (iii) to protect your vital interests or those of any other person;

- in connection with any proposed purchase, reorganization, merger or acquisition of any part of our business, provided that we inform the buyer it must use your personal information only for the purposes disclosed in this Privacy Notice;
- to any **other person with your consent** to the disclosure.

As stated above, if you are a Candidate or Employee and we are collecting your personal information through the Services, we will be collecting it on behalf of our customers, in accordance with the agreements that we have with them. For further information about how your personal information is shared with third parties, you should contact the relevant Potential Employer or refer to that Potential Employer's Privacy Policy/Privacy Notice.

**Legal basis for processing personal information of Website visitors (EEA visitors**      **^ back to top**
**only)**

If you are a Website visitor from the European Economic Area or the UK, our legal basis for collecting and using the personal information described above will depend on the personal information concerned and the specific context in which we collect it.

However, we will normally collect personal information from you only where we have your consent to do so, where we need the personal information to perform a contract with you, to perform a contract with the Potential Employer as a service provider/data processor, or where the processing is in our legitimate interests and not overridden by your data protection interests or fundamental rights and freedoms. In some cases, we may also have a legal obligation to collect personal information from you or may otherwise need the personal information to protect your vital interests or those of another person.

If we ask you to provide personal information to comply with a legal requirement or to perform a contract with you, we will make this clear at the relevant time and advise you whether the provision of your personal information is mandatory or not (as well as of the possible consequences if you do not provide your personal information).

Similarly, if we collect and use your personal information in reliance on our legitimate interests (or those of any third party), which are not already referred to above, we will make clear to you at the relevant time what those legitimate interests are.

If you have questions about or need further information concerning the legal basis on which we collect and use your personal information, please contact us using the contact details provided under the "How to contact us" heading **below**.

**Cookies and similar tracking technology**                                        **^ back to top**

We use cookies and similar tracking technology (collectively, "**Cookies**") to collect and use personal information about you, including to help us understand how our Website and Services are being used or to personalize our Website and Services for you. For further information about the types of Cookies we use, why, and how you can control Cookies, please see our Cookie Notice at **https://www.hirevue.com/cookies**.

## How does HireVue keep my personal information secure? ^ back to top

We use appropriate technical and organizational measures to protect the personal information that we collect and process about you. The measures we use are designed to provide a level of security appropriate to the risk of processing your personal information. However, please be aware that no physical or technical system is completely secure or immune from outages, losses, attacks, circumvention, design or implementation flaws, and human error. Therefore, we cannot and do not ensure or warrant that information you transmit to HireVue will not be lost or compromised, either during or after transmission.

You are responsible for maintaining the secrecy of your unique password and account information at all times, to the extent your access includes an account and password (Candidates do not have an account and password when using the Services).

## International data transfers ^ back to top

Your personal information may be transferred to, and processed in, countries other than the country in which you are resident. These countries may have data protection laws that are different to the laws of your country (and, in some cases, may not be as protective).

Specifically, unless otherwise required by local law, our Website and Services are hosted in the USA and the EEA. Also, your personal information may be transferred to and processed in other countries around the world where our group companies and third-party service providers and partners operate including in the USA, the UK, the European Union/European Economic Area, India, and Australia. This means that when we collect your personal information, we may process it in any of these locations.

However, we have taken appropriate safeguards to require that your personal information will remain protected in accordance with this Privacy Notice and applicable laws. If you are from the EEA or the UK, these include implementing the European Commission's Standard Contractual Clauses for transfers of personal information between our group companies, and with our third-party service providers and partners. The Standard Contractual Clauses require non EEA companies to protect EEA and UK personal information they process in accordance with European Economic Area data protection law.

For transfers from the EU, UK and Switzerland to the United States, HireVue complies with the EU-U.S. Data Privacy Framework (EU-U.S. DPF), the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. Data Privacy Framework (Swiss U.S. DPF) as set forth by the U.S. Department of Commerce. For further information, please see our "**Data Privacy Framework Self-Certification Notice**".

## Data retention ^ back to top

We retain personal information we collect from you where we have an ongoing legitimate business need to do so (for example, to provide you with a service you have requested or to comply with applicable legal, tax or accounting requirements).

When we have no ongoing legitimate business need to process your personal information, we will either delete or anonymize it or, if this is not possible (for example, because your personal

information has been stored in backup archives), then we will securely store your personal information and isolate it from any further processing until deletion is possible.

Where we are collecting personal information on behalf of our customers (Potential Employers), we will retain the personal information in accordance with our services agreements with them and their instructions.

**Your data protection rights**                                               **^ back to top**

Under applicable data protection laws, you have the following data protection rights in respect of your personal information collected through the Website:

- If you wish to **access, correct, update or request deletion** of your personal information, you can do so at any time by contacting us using the contact details provided under the "How to contact us" heading **below**.
- In addition, if you are a resident of the European Economic Area, you can **object to processing** of your personal information, ask us to **restrict processing** of your personal information or **request portability** of your personal information. Again, you can exercise these rights by contacting us using the contact details provided under the "How to contact us" heading **below**.
- Similarly, if we have collected and process your personal information with your consent, then you can **withdraw your consent** at any time. Withdrawing your consent will not affect the lawfulness of any processing we conducted prior to your withdrawal, nor will it affect processing of your personal information conducted in reliance on lawful processing grounds other than consent.
- You have the **right to complain to a data protection authority** about our collection and use of your personal information. For more information, please contact your local data protection authority. (Contact details for data protection authorities in the European Economic Area, Switzerland and certain non-European countries (including the US and Canada) are available **here**.)

We respond to all requests we receive from individuals whose information was collected through using this Website wishing to exercise their data protection rights in accordance with applicable data protection laws. To protect your privacy and security, we take reasonable steps to verify your identity before granting you account access or making corrections to your information.

**Mobile Notifications**                                                      **^ back to top**

HireVue provides candidates with the option to receive mobile invitations and reminders by sending a message to its short code 47257 to enroll in sms or mobile based messaging ("Mobile Messages"). To stop receiving these Mobile Messages you may text "stop", "end", "cancel", "unsubscribe", or "quit" to the short code at any time. You may also contact our Headquarters: +1.800.655.4106 to opt out of sms or mobile based messaging at any time. HireVue will send a confirmation message that you have been unsubscribed and you will no longer receive Mobile Messages from us. To re subscribe, just subscribe as you previously did. For assistance with Mobile Messages, test "HELP" or contact **Support@hirevue.com**.

Carriers are not liable for delayed or undelivered messages, and messaging and data rates may apply to Mobile Messages sent or received by you. Message frequency depends on the activity. Contact your wireless provider for questions about your text/data plan. For questions regarding privacy, please review HireVue's policy here: **https://www.hirevue.com/privacy** or the privacy policy of the Potential Employer. We will provide assistance to the Potential Employer to respond to your request, where required, in accordance with their instructions and the terms of our agreements with them.

**Third Party Services:**                                          **^ back to top**

The Website and Services may contain references and links to other websites and services provided by third parties, including Potential Employers. Any personal information you provide on third party sites or services (including communications between Candidates or Employees and Potential Employers through the Service) is provided directly to that third party and is subject to that third party's policies governing privacy and security. We are not responsible for the content or privacy and security practices and policies of third-party sites or services to which links are displayed on the Service. We encourage you to learn about third parties' privacy and security policies before providing them with your personal information.

**Updates to this Privacy Notice**                                **^ back to top**

We may update this Privacy Notice from time to time in response to changing legal, technical or business developments. When we update our Privacy Notice, we will take appropriate measures to inform you, consistent with the significance of the changes we make. We will obtain your consent to any material Privacy Notice changes if and where this is required by applicable data protection laws.

Headquarters: +1.800.655.4106

**How to contact us**                                             **^ back to top**

If you have any questions or concerns about our use of your personal information, please contact us using the following details:

HireVue, Inc.
10876 South River Front Parkway, Suite 500
South Jordan, Utah 84095

Headquarters: +1.800.655.4106

Fax: +1.888.619.4053

Privacy Policy Inquiries in the **United States**: **privacy@hirevue.com**
Privacy Policy Inquiries in the **EU**: **HireVue-Europe@LionheartSquared.eu**
Privacy Policy Inquiries in the **UK**: **HireVue-UK@LionheartSquared.co.uk**

**^ back to top**

**HIREVUE**

**RESOURCES**

**WHY HIREVUE**

**COMPANY**

Terms of Use  |  Privacy  |  AI Ethical Principles  |  AI Explainability Statement

© 2025 HireVue, Inc. All rights reserved.

 

## Retail Fragrances Sales Associate, Hanover - Full Time

Thank you for your interest in Macy's, John.

You may log out and complete the process later. Your work in progress will be saved.

Click ❯ below to begin.



  

Featured Resources
- Practice page
- Learning center

| Submit by 3/16/2025 11:50 AM |
| --- |



# Macy's Introduction

Macy's is America's store for life. We have the latest styles in fashion, beauty, and home, and we proudly host America's favorite holiday events.

At Macy's, Inc., we're on a mission to create a brighter future with bold representation for all. We call it Mission Every One. We recognize and reward our diverse community of colleagues to fuel growth, innovation, and impact. As a part of our Macy's family, we celebrate your unique talents and empower you to bring your amazing self to work.




Next



## What to expect in this role.

As a Macy's Beauty Colleague, you will bring together the ultimate service experience through the artistry of cosmetics and the personalization of skincare and fragrances.

Our customers rely on our Beauty team to understand their needs and suggest products that are right for their beauty, skincare goals and lifestyle

If you are a highly motivated, passionate individual who is seeking a role where you will cultivate long-lasting relationships with clients, then being part of Macy's Beauty and Fragrance Team could be a great match for your career aspirations.

Next

## Working in the cosmetics department also comes with perks, rewards, and opportunities.

I work with a team of amazing people in a fun and fast-paced environment!!

In addition to your base pay, you will be eligible to earn commission on your sales. In addition, you will enjoy a colleague discount and you may be eligible for Path to Growth Incentive Plan* which recognizes that every colleague has a role to play in driving the company's success. Your People Leader will share all the details! Once on board, you'll have access to internal job postings and support from your People Leader to work on professional development goals.







Next



# Every job has its challenges …

You'll be working in a busy, fast-paced store environment. We know handling multiple customers at once can be stressful, so you will have the support to make the right decisions for customers as well as the company.

Retail schedules require flexibility to meet customer needs. This will involve working nights, weekends, and holidays.  The majority of your shift will be spent on your feet, performing tasks that require bending, reaching, and lifting objects weighing up to 25 lbs.

Next >



## Next Steps

Thank you for applying! To help us learn more about you, we invite you to complete the next part of your application process which is a recorded interview. This is a required step to move forward in the process.

We will carefully review your qualifications and experience. We will keep you informed of the progress and reach out to you if we require further information or if there are any updates regarding your application status.







Next



## Bring Your Amazing Self to Work!

We meet our Customers' needs across our iconic brands—Macy's, Bloomingdale's and Bluemercury. We respect and invest in each of our colleagues and by bringing our amazing selves to work, it translates into a more abundant and wider array of ideas and energy for all to benefit from. This, plus our social purpose - to create a brighter future with bold representation for all - are critical to our commitment to use our business and brand to tackle the barriers to representation so together, we can realize the potential of every one of us.

Next ›

## Question 1 of 6



Thank you for choosing to apply with Macy's!  Please tell us why you are interested in working with us.

---

### Instructions

This question is required. Unlimited re-recording is allowed

For assistance, visit the **Help Center**

---

## Response

Response Time: **02:00**



● RECORD

## Question 2 of 6



Macy's is America's store for life. We deliver quality fashion at affordable prices, know the power of celebration and our community is built on lifelong relationships. Describe a time you went above and beyond to assist someone. What did you do to ensure he/she benefitted from your involvement?

---

### Instructions

This question is required. Unlimited re-recording is allowed

For assistance, visit the **Help Center**

---

## Response

Response Time:  **02:00**



● RECORD

## Question 3 of 6



Selling colleagues utilize a MyClient system to create long term relationships with customers. Tell me about a time that you worked on a long-term assignment that required you to regularly follow up with others. How did you build and maintain the relationship?

### Instructions

This question is required. Unlimited re-recording is allowed

For assistance, visit the **Help Center**

## Response

Response Time: **02:00**



● RECORD

## Question 4 of 6



How do you establish trust with others? Please provide a specific example that illustrates your approach. Why do you use this approach? How do you tailor your approach to the individual and the situation?

### Instructions

This question is required. Unlimited re-recording is allowed

For assistance, visit the **Help Center**

## Response

Response Time:  **02:00**

● RECORD

## Question 5 of 6



Tell me about a time where someone was resistant to an idea you had or a suggestion you made. How did you influence them to see things differently and what was the outcome?

### Instructions

This question is required. Unlimited re-recording is allowed

For assistance, visit the **Help Center**

## Response

Response Time: **02:00**



● **RECORD**

## Question 6 of 6



You'll be working in a busy, fast-paced store environment and our colleagues need to be available at our busiest times to help our customers and weekends are our most important time. In this role you will be expected to work throughout the week and you will also be required to work weekends including Friday evenings. In your own words please explain your weekend availability.

### Instructions

This question is required. Unlimited re-recording is allowed

For assistance, visit the **Help Center**

## Response

Response Time: **02:00**



● RECORD

# Review & Submit

You're not done yet! You may review some sections before submitting. You must submit by ███████████



By submitting, I understand no additional changes are allowed.   Submit ›

# Share Your Feedback!

We'd like to hear what you think about your experience. Your optional candid feedback will help us refine our process and will in no way impact your status as a candidate.

Agree or disagree with the following statements.

The information presented when I started the experience was useful to me.

[ ▼ ]

Having participated in the experience, I am better equipped to determine if the role is right for me.

[ ▼ ]

The experience provided me with a better understanding of the role.

[ ▼ ]

Based on my experience, I would gladly tell my friends about employment opportunities at this company.

[ ▼ ]

Please provide any additional comments you wish to share about the experience.

[                                                                    ]

[ Skip ]   [ Submit Feedback ]

# Your opportunity at Macy's

### Retail Fragrances Sales Associate, Hanover - Full Time

On-Demand - Web/Video

Complete